Decided December 4, 1996

## MICHAEL MAFFUCCI *v.* ROYAL PARK LIMITED PARTNERSHIP ET AL.*

The defendants' petition for certification for appeal from the Appellate Court, 42 Conn. App. 563 (AC 14586), is granted, limited to the following issues:

---

*Superseded. See *Maffucci* v. *Royal Park Limited Partnership*, 240 Conn. 915, 692 A.2d 813 (1997).

"1. Did the Appellate Court properly conclude that there was sufficient evidence in the record to create a material issue of fact as to whether the defendants had actual or constructive notice of prior trespassers?

"2. Is the rule of § 335 of the Restatement (Second) of Torts regarding the duty of care owed a trespasser applicable to an electric utility whose operations are governed by § 16-11-102 (a) of the Regulations of Connecticut State Agencies?"

The Supreme Court docket number is SC 15577.

*Brian T. Henebry* and *Barbara J. Sheedy*, in support of the petition.

*Joel M. Ellis*, in opposition.

Decided December 4, 1996